**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00404-CR

**MICHAEL DWAYNE NEWMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-62630-J**

## ORDER

The Court **REINSTATES** the appeal.

On September 13, 2013, we ordered the trial court to make findings regard why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel requested two weeks from the October 8, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **NOVEMBER 1, 2013**. Because appellant's brief is already two months overdue, no further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     DAVID EVANS
              JUSTICE